UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24461-PCH-EGT

RIGHTS HOLDER,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

## ORDER CORRECTING ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ONLY ENTERED AT ECF NO. 16

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Correct Court's Order of Dismissal Without Prejudice as to Defendant Only Entered at ECF No. 16 [ECF No. 18], filed on December 12, 2023. On December 8, 2023, Plaintiff filed a Notice of Voluntary Dismissal in which it dismissed Defendant No. 248 on Schedule "A" without prejudice [ECF No. 15]. On December 11, 2023, this Court issued an Order dismissing Defendant Number 248 from the action [ECF No. 16]. On December 12, 2023, Plaintiff realized it had mistakenly listed Defendant Number 248 in its Notice of Dismissal instead of Defendant Number 237, *Jhone-US*, which is whom Plaintiff intended to dismiss. Plaintiff now requests the Court correct the Order of Dismissal entered at ECF No. 16 by vacating the dismissal against Defendant 248, and dismissing Defendant 237 without prejudice. Defendant 248, *Heyang Industrial Co., Ltd*, has not appeared nor otherwise defended itself in this action.

Pursuant to Federal Rule of Civil Procedure 59(e), the Court may amend or alter a judgment provided the motion is filed no later than 28 days after the entry of the judgment. Fed. R. Civ. P. 59(e). Here, Plaintiff filed its Motion [ECF No. 18] within the prescribed time, and indicated that it has taken steps to ensure that this type of error not be repeated.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 18] is **GRANTED**.

2. The Court hereby **VACATES THE DISMISSAL** against Defendant Heyang Industrial Co., Ltd. (Defendant No. 248 on Schedule "A").

3. Defendant 237, Jhone-US, is **DISMISSED WITHOUT PREJUDICE** from the action. (Defendant No. 237 on Schedule "A").

**DONE AND ORDERED** in Miami, Florida, on December 13, 2023.

PAUL C. HUCK
UNITED STATES SENIOR DISTRICT JUDGE