# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.: 1:23-cv-24461-PCH-EGT

RIGHTS HOLDER,

              Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

              Defendants.

## ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court on Plaintiff's Motion to Continue Hearing on Motion

for Preliminary Injunction and Extend Temporary Restraining Order for Fourteen Days [ECF No.

17], filed on December 12, 2023.  Having reviewed the Motion, the record, and being otherwise

duly advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 17] is **GRANTED** and the

hearing is reset to **December 29, 2023, at 11:45 AM**.  The hearing will be conducted via Zoom

video conference and the parties will receive an email from chambers with the Zoom meeting login

information prior to the hearing.  Furthermore, Plaintiff shall provide notice of the re-scheduled

hearing by serving a copy of this Order on Defendants, pursuant to the Court's Order Authorizing

Alternate Service of Process [ECF No. 11].

**DONE AND ORDERED** in Miami, Florida on December 13, 2023.

_____
PAUL C. HUCK
UNITED STATES SENIOR DISTRICT JUDGE

CC: All Counsel of Record