UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-24461-PCH-EGT

RIGHTS HOLDER,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants,

## ORDER DISMISSING DEFENDANT 136

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Defendant 136 [ECF No. 23], filed on December 14, 2023. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against GOPECH (Defendant No. 136 on Schedule "A").

**DONE AND ORDERED** in Miami, Florida, on December 15, 2023.

UNITED STATES SENIOR DISTRICT JUDGE
HONORABLE PAUL C. HUCK