# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 1:23-cv-24461-PCH-EGT

RIGHTS HOLDER,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER RESETING DEADLINES FOR RESPONSES AND REPLIES TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court *sua sponte*. The Court notes that Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [ECF No. 10] on November 30, 2023. On December 1, 2023, the Court entered its Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order [ECF No. 13], setting a hearing on Plaintiff's Motion for Preliminary Injunction for December 15, 2023, and certain deadlines for responses and replies to the Motion for Preliminary Injunction.

On December 12, 2023, Plaintiff moved to continue the hearing on its Motion for Preliminary Injunction [ECF No. 17], and the next day, December 13, 2023, the Court granted Plaintiff's motion [ECF No. 22] and reset the hearing for **December 29, 2023, at 11:45 AM**. Since then, counsel have entered appearances on behalf of certain Defendants [ECF Nos. 20–21, 24–25]. Because the deadlines for responses and replies to Plaintiff's Motion for Preliminary Injunction

have elapsed and counsel for Defendants have now appeared, the Court finds it appropriate to reset those deadlines. Accordingly, the deadline for any response or opposition to Plaintiff's Motion for Preliminary Injunction is reset to **12:00 PM on December 20, 2023**, and the deadline for any reply memorandum is reset for **12:00 PM on December 22, 2023**.

    **DONE AND ORDERED** in Miami, Florida on December 14, 2023.

                                                   PAUL C. HUCK
                                                   UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record