UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24461-PCH-EGT

RIGHTS HOLDER,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Defendant WilkinsCleanser's Letter [ECF No. 32], filed on December 20, 2023, requesting that the Court extend by two days Defendant's deadline to file a response to Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [ECF No. 10] (the "Motion for Preliminary Injunction"), filed on November 30, 2023. The Court having reviewed the Letter, the record, and being otherwise duly advised, it is

    **ORDERED AND ADJUDGED** that Defendant WilkinsCleanser's deadline to respond to Plaintiff's Motion for Preliminary Injunction is reset to **December 22, 2023**, and Plaintiff's deadline to file a reply to Defendant WilkinsCleanser's response is reset to **December 27, 2023**.

    **DONE AND ORDERED** in Miami, Florida on December 21, 2023.

_____
PAUL C. HUCK
UNITED STATES SENIOR DISTRICT JUDGE

CC: All Counsel of Record