UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-24461-PCH-EGT

RIGHTS HOLDER,

    Plaintiff,

v.

THE INDIVIDUALS PARTNERSHIPS, and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED on SCHEDULE "A",

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL AND PROCEED UNDER CORRECT PARTY NAME

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Unseal and Proceed Under Correct Party Name [ECF No. 36] ("Motion"), filed on December 21, 2023. Plaintiff requests that the Court unseal the case including all pleadings and orders filed under seal in this matter and proceed with Plaintiff's correct name, Wearable Shoe Tree, LLC, and direct the Clerk to update the case caption to *Wearable Shoe Tree, LLC v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A"*. The Court, having considered the Motion and having found good cause, hereby **ORDERS** that the Motion [ECF No. 36] is **GRANTED** and the Clerk is directed to unseal the file and update the case caption.

**DONE AND ORDERD** in Miami, Florida on December 21, 2023.

                        HONORABLE PAUL C. HUCK
                        UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record