**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-CV-24461-PCH-EGT**

WEARABLE SHOE TREE LLC,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      Defendants.

_____/

## ORDER DISMISSING DEFENDANT 228

    **THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF

No. 33] filed on December 21, 2023. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby

dismisses the instant action **without prejudice** as against Hefei XunTi Technology Co., Ltd d/b/a

Uratot Direct (Defendant No. 228 on Schedule "A").

    **DONE AND ORDERED** in Miami, Florida on December 22, 2023.

_____

HONORABLE PAUL C. HUCK
UNITED STATES SENIOR DISTRICT JUDGE