UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24461-PCH-EGT

WEARABLE SHOW TREE, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS 172 AND 465 WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Defendants 172 and 465 Without Prejudice [ECF No. 55], filed on December 22, 2023. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against the Defendant WilkinsCleanser (Defendant No. 172 on Schedule "A") and Wilkins (Defendant No. 465 on Schedule "A").

**DONE AND ORDERED** in Miami, Florida on December 26, 2023.

_____
UNITED STATES SENIOR DISTRICT JUDGE
HONORABLE PAUL C. HUCK